UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FAMILY ORCHARDS, LLC, a Delaware limited
liability company,

       Plaintiff,

v

PENINSULA TOWNSHIP, a Michigan municipal
corporation,

       Defendant.

Case No: 1:22-cv-000943

HON. PAUL L. MALONEY
MAG. JUDGE RAY S. KENT

---

PARKER HARVEY PLC
ANDREW J. BLODGETT (P68259)
ATTORNEYS FOR PLAINTIFF
901 South Garfield Ave, Suite 200
Traverse City, MI 49686
(231)486-4537
ablodgett@parkerharvey.com

MURPHY & SPAGNUOLO, P.C.
LINDSAY N. DANGL (P73231)
CO-COUNSEL FOR DEFENDANT
Okemos, MI 48864
517-351-2020
ldangl@mbspclaw.com

**PLAINTIFF'S CERTIFICATE OF COMPLIANCE WITH LOCAL CIVIL RULE 7.1(d) REGARDING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Upon the parties' stipulation hereto,

IT IS ORDERED that the deadline for Plaintiff to file its response brief to "Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint per FRCP 12(b)(1) and 12(b)(6)" (ECF 23) is EXTENDED to SEPTEMBER 13, 2024.

So Ordered,

Date:_____

_____
Hon. Paul L. Maloney
Mag. Judge Ray S. Kent


Stipulated and Agreed:


/s/ *Andrew J. Blodgett*               /s/ *Lindsay N. Dangl, by consent*

| | |
|---|---|
| PARKER HARVEY PLC<br>ATTORNEYS FOR PLAINTIFF<br>901 South Garfield Ave, Suite 200<br>Traverse City, MI 49686<br>(231)486-4537<br>ablodgett@parkerharvey.com | MURPHY & SPAGNUOLO, P.C.<br>CO-COUNSEL FOR DEFENDANT<br>Okemos, MI 48864<br>517-351-2020<br>ldangl@mbspclaw.com |