UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FAMILY ORCHARDS, LLC, a Delaware limited
liability company,

      Plaintiff,

v

PENINSULA TOWNSHIP, a Michigan municipal
corporation,

      Defendant.

Case No: 1:22-cv-000943

HON. PAUL L. MALONEY
MAG. JUDGE RAY S. KENT

---

| | |
|---|---|
| PARKER HARVEY PLC<br>ANDREW J. BLODGETT (P68259)<br>ATTORNEYS FOR PLAINTIFF<br>901 South Garfield Ave, Suite 200<br>Traverse City, MI 49686<br>(231)486-4537<br>ablodgett@parkerharvey.com | MURPHY & SPAGNUOLO, P.C.<br>LINDSAY N. DANGL (P73231)<br>CO-COUNSEL FOR DEFENDANT<br>Okemos, MI 48864<br>517-351-2020<br>ldangl@mbspclaw.com |

**STIPULATION AND ORDER**

Upon the parties' stipulation hereto,

IT IS ORDERED that the deadline for Plaintiff to file its response brief to "Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint per FRCP 12(b)(1) and 12(b)(6)" (ECF 23) is EXTENDED to SEPTEMBER 13, 2024.

Date: August 30, 2024

/s/ Paul L. Maloney
Hon. Paul L. Maloney
United States District Judge

Stipulated and Agreed:

/s/ Andrew J. Blodgett

/s/ Lindsay N. Dangl, by consent

| | |
|---|---|
| PARKER HARVEY PLC<br>ATTORNEYS FOR PLAINTIFF<br>901 South Garfield Ave, Suite 200<br>Traverse City, MI 49686<br>(231)486-4537<br>ablodgett@parkerharvey.com | MURPHY & SPAGNUOLO, P.C.<br>CO-COUNSEL FOR DEFENDANT<br>Okemos, MI 48864<br>517-351-2020<br>ldangl@mbspclaw.com |