UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAMILY ORCHARDS, LLC,

    Plaintiff,

v.

PENINSULA TOWNSHIP,

    Defendant.
_____/

Case No. 1:22-cv-943

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Opinion and Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered

Dated: September 8, 2025

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge